RECEIVED
IN ALEXANDRIA, LA.

JAN 1 3 2014

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JOY A. JOLIVETTE,<br>    Appellant | CIVIL ACTION<br>NO. 2:12-CV-01740 |
| VERSUS | |
| U.S. COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Jolivette's appeal is DENIED AND DISMISSED WITH PREJUDICE and the final decision of the Commissioner of Social Security is AFFIRMED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 13th day of January 2014.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE