RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  1 / 23 / 15
       MO

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOY A. JOLIVETTE | CIVIL ACTION 12-1740 |
| VERSUS | U.S. DISTRICT JUDGE JAMES T. TRIMBLE, JR. |
| CAROLYN COLVIN, Commissioner | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that attorney's fees in the amount of $5700.00 be awarded and are ordered paid.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 23 day of January, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE